IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE QUANTUM WORLD CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DELL INC.,<br>HEWLETT-PACKARD COMPANY,<br>ACER, INC., and<br>ACER AMERICA CORPORATION,<br><br>        Defendants. | Civil Action No. 2:10-cv-00187-TJW |

## [PROPOSED] ORDER OF DISMISSAL

Recognizing the Stipulation of Dismissal filed by plaintiff The Quantum World Corporation ("QWC") and defendants Acer Inc. and Acer America Corporation (collectively "Acer"), it is hereby:

ORDERED that the claims asserted herein by plaintiff QWC and against the Acer defendants be, and hereby are, dismissed with prejudice;

ORDERED that the claims asserted herein by the Acer defendants and against plaintiff QWC be, and hereby are, dismissed with prejudice;

ORDERED that the parties shall bear their own attorney's fees, expenses, and costs; and

ORDERED that the Court retains jurisdiction to supervise the Confidential Settlement Agreement between QWC and Acer America Corporation dated April 18, 2011.

IT IS SO ORDERED.

SIGNED this 3rd day of June, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE