# EXHIBIT 8

# NEWBRIDGE
MICROSYSTEMS
(A division of Newbridge Networks Corporation)

603 March Road
Kanata, Ontario, Canada **K2K 2M5**
Telephone (613) 592-0714
Fax (613) 592-1320

**BILL TO:**
Washington State Lottery
P.O. Box 43040
Olympia, WA 98504-3040
USA

**SHIP TO:**
Washington State Lottery
814-4th Avenue
Olympia, WA 98506
USA

# INVOICE

| CUSTOMER P.O. NO. | WORK ORDER NO | INVOICE NO. |
|---|---|---|
| F881856 | WB# 400-7182 2881 | C 000147б |
| DATE ENTERED | INVOICE DATE | PAGE NO |
| | Feb 15/93 | |
| SHIP VIA | F.O.B. | TERMS |
| Federal Express | Destination | Net 30 |
| | P.S.T. N/A | F.S.T. N/A |

IRS# 95-3757847

| LINE ITEM | REFERENCE NO. | DESCRIPTION | QUANTITY SCHEDULED | QUANTITY BACK ORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | | | | US$ | |
| 1 | 3760 | COmputer Board<br>NM810 RNG<br>S/N 0137<br>0138<br><br>HS# 8473.30.00<br>COUNTRY OF ORIGIN CANADA | 3 | 0 | 2 | 415.00 | 830.00 |

SPECIAL INSTRUCTIONS

GST #R103861068
IMPORTER # VGF605893

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| FREIGHT | 10.00 |
| TOTAL | 840.00 |

CUSTOMER COPY

DEFPA13462